UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 2:20-cv-00032-RSL<br><br>**STIPULATED MOTION REGARDING DEPOSITIONS AND CONDITIONAL CERTIFICATION** |

STIPULATED MOTION REGARDING DEPOSITIONS AND
CONDITIONAL CERTIFICATION
CASE NO.: 2:20-CV-00032-RSL
1

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: 213-615-1700

Pursuant to Local Rules 7(d) and 10(g) and Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Steve Kim and Defendants U.S. Bank National Association and U.S. Bancorp hereby stipulate and agree as follows:

1. On March 19, 2020, Kim filed a Motion for Conditional Certification of a collective action pursuant to the Fair Labor Standards Act. (Dkt. No. 24.) In support of the Motion, Kim submitted his own declaration along with those of six individuals who had filed consents to join the action (the "Opt-In Plaintiffs"). (Dkt. Nos. 26-32.) The Motion is currently noted for consideration on August 21, 2020. U.S. Bank's Opposition is currently due August 11, 2020. (Dkt. No. 45.)

2. On June 10, 2020, U.S. Bank served written discovery and notices of the depositions of Kim and Opt-In Plaintiffs Justin Whisenhunt, Mandy Bissell, Zachary Fischer, Amanda Wile, Daniel Schneider, and Heather Staat. The depositions were scheduled for July 15, 16, and 20-24, 2020.

3. On July 2, 2020, Kim filed a Motion for a Protective Order seeking an order prohibiting U.S. Bank from taking any discovery until the Court resolves his Motion for Conditional Certification. (Dkt. No. 50.) The Motion for a Protective Order is fully briefed and was noted for consideration on July 10, 2020. (Dkt. Nos. 50-56.)

4. By July 13, 2020 (two days before the depositions were set to begin), there was (and still is) no order on Plaintiff's Motion for a Protective Order.

5. On July 13, 2020, counsel for U.S. Bank emailed Kim's counsel to ask for names of the city and state in which Kim's and Whisenhunt's depositions would be occurring on July 15 and July 16, respectively, and stated that the hyperlinks for the Zoom video conferences for the depositions would be circulated the following day. Kim's counsel responded that Kim and the other declarants would not appear for their depositions until the Court decided Kim's Motion for a Protective Order.

6. On July 15, 2020, U.S. Bank notified Kim's counsel of its intent to file a motion to compel the depositions of Kim and the Opt-In Plaintiffs. The Parties met and conferred on July 16, 2020, and agreed that: (a) Kim and the Opt-In Plaintiffs will appear for the requested depositions if the Court denies the Motion for a Protective Order; and (b) good cause exists to potentially modify

STIPULATED MOTION REGARDING DEPOSITIONS AND
CONDITIONAL CERTIFICATION
CASE NO.: 2:20-CV-00032-RSL

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: 213-615-1700

1

the briefing schedule on Kim's Motion for Conditional Certification in lieu of U.S. Bank filing a motion to compel the depositions.  **The Parties therefore specifically stipulate and agree as follows:**

      6.1.    If the Court enters an order denying Kim's Motion for a Protective Order, Kim and the other Opt-In Plaintiffs whose depositions U.S. Bank noticed will sit for their depositions, and the parties will work cooperatively and in good faith to schedule the depositions on mutually agreeable dates.

      6.2.    If the Court enters an order denying Kim's Motion for a Protective Order, U.S. Bank's Opposition to Kim's Motion for Conditional Certification shall be due 18 days[1] after the last deposition of an Opt-In Plaintiff is completed.  The Parties agree to work cooperatively to schedule the depositions and submit a modified briefing schedule pursuant to this paragraph.

      6.3.    If the Court grants Kim's Motion for a Protective Order, U.S. Bank's Opposition to Kim's Motion for Conditional Certification shall be due on the later of August 11, 2020 or 21 days after the Court enters the Order.

      6.4.    If the Court does not enter an Order on the Motion for a Protective Order on or before July 31, 2020, U.S. Bank's deadline to file its Opposition to Kim's Motion for Conditional Certification shall be automatically stayed until such time as the Court reaches a ruling and the deadline will then be set as set forth above in Paragraphs 6.2. and 6.3.

      6.5.    The Parties will submit a modified briefing schedule pursuant to this paragraph after the Court enters its Order on the Motion for a Protective Order or (if the Court denies the Motion for a Protective Order) after the depositions of Kim and the Opt-In Plaintiffs are completed.

///

///

///

---

[1] 18 days is the period between: (1) the last deposition of an Opt-In Plaintiff that U.S. Bank originally scheduled (July 24, 2020); and U.S. Bank's current deadline to oppose conditional certification (August 11, 2020).

STIPULATED MOTION REGARDING DEPOSITIONS AND
CONDITIONAL CERTIFICATION
CASE NO.: 2:20-CV-00032-RSL

2

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA  90071
Tel: 213-615-1700

RESPECTFULLY SUBMITTED AND DATED this 16th day of July, 2020.

| TERRELL MARSHALL LAW GROUP PLLC | WINSTON & STRAWN LLP |
|---|---|
| By: /s/ Toby J. Marshall<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Brittany J. Glass, WSBA #52095<br>Email: bglass@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Samuel R. Freeman<br>Joan B. Tucker Fife, a*dmitted pro hac vice*<br>Email: jfife@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |
| Gregg I. Shavitz, *admitted pro hac vice*<br>Email: gshavitz@shavitzlaw.com<br>Paolo C. Meireles, *admitted pro hac vice*<br>Email: pmeireles@shavitzlaw.com<br>Logan A. Pardell, *admitted pro hac vice*<br>Email: lpardell@shavitzlaw.com<br>SHAVITZ LAW GROUP, P.A.<br>951 Yamato Road, Suite 285<br>Boca Raton, Flordia 33431<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831 | Emilie C. Woodhead, a*dmitted pro hac vice*<br>Email: ewoodhead@winston.com<br>Jason S. Campbell, a*dmitted pro hac vice*<br>Email: jscampbell@winston.com<br>Samuel Freeman, a*dmitted pro hac vice*<br>Email: sfreeman@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |
| Justin M. Swartz, *admitted pro hac vice*<br>Email: jms@outtengolden.com<br>Michael N. Litrownik, *admitted pro hac vice*<br>Email: mlitrownik@outtengolden.com<br>Sabine Jean, *admitted pro hac vice*<br>Email: sjean@outtengolden.com<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2057 | Julie S. Lucht, WSBA #31278<br>Email: jlucht@perkinscoie.com<br>PERKINS COIE LLP<br>1201Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-3154<br>Facsimile: (206) 359-4154<br><br>*Attorneys for Defendants* |

*Attorneys for Plaintiff*

IT IS SO ORDERED

Dated this 17th day of July, 2020.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION REGARDING DEPOSITIONS AND
CONDITIONAL CERTIFICATION
CASE NO.: 2:20-CV-00032-RSL

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: 213-615-1700

3