THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | NO. 2:20-CV-00032-RSL<br><br>**STIPULATED MOTION TO CONTINUE DEADLINE FOR PARTIES TO SUBMIT PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23** |

Pursuant to Local Rule 7(d)(1) and Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Steve Kim and Defendants U.S. Bancorp and U.S. Bank National Association (collectively "Defendants") hereby respectfully move the Court to continue the deadline for the Parties to submit a briefing schedule for Plaintiff's motion for class certification under Rule 23. *See* Joint Status Report (Dkt. No. 49) at 5.  In the Joint Status Report, the Parties agreed to submit a proposed briefing schedule on Plaintiff's motion for class action certification under Rule 23 no later than July 17, 2020.  The Parties have not yet set deadlines for decertification or dispositive motions. *Id.*

On March 19, 2020, Plaintiff filed his Motion for Conditional Certification (Dkt. No. 24). The Parties have met and conferred via email on July 6 and 13, 2020, and agreed that good cause exists to continue the deadline to submit a briefing schedule for Rule 23 class

STIPULATED MOTION TO CONTINUE DEADLINE FOR PARTIES TO SUBMIT
PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION PURSUANT TO RULE 23 - 1
CASE NO. 2:20-CV-00032-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  certification until 30 days after the Court resolves Plaintiff's pending Motion for Conditional

2  Certification. The Parties believe that this continuance accords with the efficient phasing of

3  motion practice. The Parties' proposed schedule is as follows:

4

| Event | Current Deadline | Continued Deadline |
|---|---|---|
| Deadline for the parties to file briefing schedule on Plaintiff's motion for class action certification under Rule 23 | July 17, 2020 | 30 days after the Court's decision on Plaintiff's Motion for Conditional Certification |

9  RESPECTFULLY SUBMITTED AND DATED this 20th day of July, 2020.

TERRELL MARSHALL LAW GROUP PLLC              WINSTON & STRAWN LLP

By: /s/ Toby J. Marshall, WSBA #32726         By: /s/ Joan B. Tucker Fife
    Toby J. Marshall, WSBA #32726                 Joan B. Tucker Fife, *Admitted Pro Hac Vice*
    Email: tmarshall@terrellmarshall.com          Email: jfife@winston.com
    Brittany J. Glass, WSBA #52095                WINSTON & STRAWN LLP
    Email: bglass@terrellmarhsall.com             101 California Street, 35th Floor
    936 North 34th Street, Suite 300              San Francisco, California 94111
    Seattle, Washington 98103-8869                Telephone: (415) 591-1000
    Telephone: (206) 816-6603                     Facsimile: (415) 591-1400
    Facsimile: (206) 319-5450
                                                  Emilie C. Woodhead, *Admitted Pro Hac Vice*
    Gregg I. Shavitz, *Admitted Pro Hac Vice*     Email: ewoodhead@winston.com
    Email: gshavitz@shavitzlaw.com                Jason S. Campbell, *Admitted Pro Hac Vice*
    Paolo C. Meireles, *Admitted Pro Hac Vice*    Email: jscampbell@winston.com
    Email: pmeireles@shavitzlaw.com               Samuel Freeman, *Admitted Pro Hac Vice*
    Logan A. Pardell, *Admitted Pro Hac Vice*     Email: sfreeman@winston.com
    Email: lpardell@shavitzlaw.com                WINSTON & STRAWN LLP
    SHAVITZ LAW GROUP, P.A.                       333 S. Grand Avenue
    951 Yamato Road, Suite 285                    Los Angeles, California 90071-1543
    Boca Raton, Florida 33431                     Telephone: (213) 615-1700
    Telephone: (561) 447-8888                     Facsimile: (213) 615-1750
    Facsimile: (561) 447-8831

STIPULATED MOTION TO CONTINUE DEADLINE FOR PARTIES TO SUBMIT
PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION PURSUANT TO RULE 23 - 2
CASE NO. 2:20-CV-00032-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | Justin M. Swartz, *Admitted Pro Hac Vice*  Julie S. Lucht, WSBA #31278 |
| | Email: jms@outtengolden.com   Email: jlucht@perkinscoie.com |
| 2 | Michael N. Litrownik,   PERKINS COIE LLP |
| | *Admitted Pro Hac Vice*   1201 Third Avenue, Suite 4900 |
| 3 | Email: mlitrownik@outtengolden.com   Seattle, Washington 98101-3099 |
| | Sabine Jean, *Admitted Pro Hac Vice*   Telephone: (206) 359-3154 |
| 4 | Email: sjean@outtengolden.com   Facsimile: (206) 359-4154 |
| 5 | OUTTEN & GOLDEN LLP |
| | 685 Third Avenue, 25th Floor   *Attorneys for Defendants* |
| 6 | New York, New York 10016 |
| | Telephone: (212) 245-1000 |
| 7 | Facsimile: (646) 509-2057 |

*Attorneys for Plaintiff*

---

STIPULATED MOTION TO CONTINUE DEADLINE FOR PARTIES TO SUBMIT
PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION PURSUANT TO RULE 23 - 3
CASE NO. 2:20-CV-00032-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED.

Dated this 20th day of July, 2020.

*[signature]*
THE HONORABLE ROBERT S. LASNIK

STIPULATED MOTION TO CONTINUE DEADLINE FOR PARTIES TO SUBMIT PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23 - 4

CASE NO. 2:20-CV-00032-RSL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com