1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>        Defendants. | Case No.  2:20-cv-00032-RSL<br><br>**STIPULATED MOTION REGARDING MODIFIED NOTING DATE AND BRIEFING SCHEDULE FOR CONDITIONAL CERTIFICATION** |

1     Pursuant to Local Rules 7(d) and 10(g) and Rule 6(b) of the Federal Rules of Civil

2  Procedure, Plaintiff Steve Kim and Defendants U.S. Bank National Association and U.S. Bancorp

3  ("U.S. Bank") hereby stipulate and agree as follows:

4     1.     On July 17, 2020, the Court issued an Order entering the Parties Stipulated Motion

5  Regarding Depositions and Conditional Certification. (Dkt. # 58.) Pursuant to Paragraph 6.5 of the

6  Stipulation and Order, the Parties agreed to "submit a modified briefing schedule . . . after the Court

7  enters its Order on the Motion for a Protective Order or (if the Court denies the Motion for a

8  Protective Order) after the depositions of Kim and the Opt-In Plaintiffs are completed." *Id.*

9     2.     On August 3, 2020, the Court denied Plaintiff's Motion for Protective Order and

10  ordered the parties to "work cooperatively to schedule the depositions and renote the conditional

11  certification motion on the Court's calendar." (Dkt. # 62.)

12     3.     **The Parties therefore stipulate and agree as follows:**

13          3.1.     U.S. Bank's Opposition to Kim's Motion for Conditional Certification shall

14  be filed no later than February 16, 2021.

15          3.2.     The noting date for Kim's Motion for Conditional Certification shall be

16  Tuesday, February 23, 2021, which shall also be the deadline for Kim to file his Reply brief.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
STIPULATED MOTION REGARDING MODIFIED NOTING DATE
AND BRIEFING SCHEDULE FOR CONDITIONAL
CERTIFICATION
CASE NO.: 2:20-CV-00032-RSL
2

**Winston & Strawn LLP**
333 S.  Grand Avenue
Los Angeles, CA  90071
Tel: 213-615-1700

1

RESPECTFULLY SUBMITTED AND DATED this 2nd day of February, 2021.

2

3

TERRELL MARSHALL LAW GROUP PLLC

WINSTON & STRAWN LLP

4

By: _/s/ Toby J. Marshall_
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
Brittany J. Glass, WSBA #52095
Email: bglass@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

By: _/s/ Samuel R. Freeman_
Joan B. Tucker Fife, a*dmitted pro hac vice*
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

5

6

7

8

Gregg I. Shavitz, *admitted pro hac vice*
Email: gshavitz@shavitzlaw.com
Paolo C. Meireles, *admitted pro hac vice*
Email: pmeireles@shavitzlaw.com
Logan A. Pardell, *admitted pro hac vice*
Email: lpardell@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Flordia 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Emilie C. Woodhead, a*dmitted pro hac vice*
Email: ewoodhead@winston.com
Jason S. Campbell, *admitted pro hac vice*
Email: jscampbell@winston.com
Samuel Freeman, a*dmitted pro hac vice*
Email: sfreeman@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

9

10

11

12

13

14

Justin M. Swartz, *admitted pro hac vice*
Email: jms@outtengolden.com
Sabine Jean, *admitted pro hac vice*
Email: sjean@outtengolden.com
Chauniqua Young, *Admitted Pro Hac Vice*
cyoung@outtengolden.com
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2057

Julie S. Lucht, WSBA #31278
Email: jlucht@perkinscoie.com
PERKINS COIE LLP
1201Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-3154
Facsimile: (206) 359-4154

15

16

17

18

19

20

*Attorneys for Defendants*

21

*Attorneys for Plaintiff*

22

23

IT IS SO ORDERED

24

25

Dated this 3rd day of February, 2021.

26

MK S Lasnik

27

THE HONOROBLE ROBERT S. LASNIK

28

STIPULATED MOTION REGARDING MODIFIED NOTING DATE
AND BRIEFING SCHEDULE FOR CONDITIONAL
CERTIFICATION
CASE NO.: 2:20-CV-00032-RSL
3

**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA  90071
Tel: 213-615-1700