|   |   |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 2:20-cv-00032-RSL<br><br>**STIPULATED MOTION TO CONTINUE DEADLINE FOR PARTIES TO SUBMIT PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23** |

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In accordance with Local Rule 7(d)(1) and Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Steve Kim and Defendants U.S. Bancorp and U.S. Bank National Association respectfully move the Court to continue the deadline for the Parties to submit a briefing schedule for Plaintiff's motion for class certification under Fed. R. Civ. P. 23 ("Rule 23"). Under the Court's Order of July 20, 2020 (Dkt. No. 60), the Parties are to submit a proposed briefing schedule for Plaintiff's motion for class certification within 30 days of the Court's decision on Plaintiff's Motion for Conditional Certification. On August 18, 2021, this Court granted Plaintiff's Motion for Conditional Certification (Dkt. No. 74), thereby making September 17, 2021 the deadline to submit a proposed briefing schedule.

Court-authorized notice of this lawsuit went out to all potential collective members on September 15, 2021. Thus, the opt-in period is currently scheduled to close on November 15, 2021. Over the next several months the Parties will learn the scope of the collective and the anticipated discovery needed for the second phase of this case, including discovery needed for the Parties'

briefing on "decertification" of the FLSA collective and Rule 23 class certification, which will necessarily bear on the Rule 23 briefing schedule.

Additionally, even had the conditional certification opt-in period not been a factor, given the Jewish holiday this week, a number of necessary counsel are unavailable to complete conferral on a potential Rule 23 briefing schedule, further necessitating a continuance.

Accordingly, the Parties propose that, on or before December 6, 2021, they submit for the Court's consideration a joint proposed second phase discovery order. This proposed order will include, among other things, a deadline for second phase discovery, a briefing schedule for Plaintiff's motion for class certification under Rule 23, and a briefing schedule for Defendants' motion for decertification of the FLSA collective, among other things.

RESPECTFULLY SUBMITTED AND DATED this 17th day of September, 2021.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | WINSTON & STRAWN LLP |
| By: /s/ *Toby J. Marshall, WSBA #32726* <br> Toby J. Marshall, WSBA #32726 <br> Email: tmarshall@terrellmarshall.com <br> Brittany J. Glass, WSBA #52095 <br> Email: bglass@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 <br><br> Gregg I. Shavitz, *admitted pro hac vice* <br> Email: gshavitz@shavitzlaw.com <br> Paolo C. Meireles, *admitted pro hac vice* <br> Email: pmeireles@shavitzlaw.com <br> Logan A. Pardell, *admitted pro hac vice* <br> Email: lpardell@shavitzlaw.com <br> SHAVITZ LAW GROUP, P.A. <br> 951 Yamato Road, Suite 285 <br> Boca Raton, Flordia 33431 <br> Telephone: (561) 447-8888 <br> Facsimile: (561) 447-8831 | By: /s/ *Joan B. Tucker Fife* <br> Joan B. Tucker Fife, *admitted pro hac vice* <br> Email: jfife@winston.com <br> WINSTON & STRAWN LLP <br> 101 California Street, 35th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br><br> Emilie C. Woodhead, *admitted pro hac vice* <br> Email: ewoodhead@winston.com <br> Jason S. Campbell, *admitted pro hac vice* <br> Email: jscampbell@winston.com <br> Samuel Freeman, *admitted pro hac vice* <br> Email: sfreeman@winston.com <br> WINSTON & STRAWN LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071-1543 <br> Telephone: (213) 615-1700 <br> Facsimile: (213) 615-1750 |

| | |
|---|---|
| Justin M. Swartz, *admitted pro hac vice*<br>Email: jms@outtengolden.com<br>Michael N. Litrownik, *admitted pro hac vice*<br>Email: mlitrownik@outtengolden.com<br>Sabine Jean, *admitted pro hac vice*<br>Email: sjean@outtengolden.com<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2057<br><br>*Attorneys for Plaintiff* | Julie S. Lucht, WSBA #31278<br>Email: jlucht@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-3154<br>Facsimile: (206) 359-4154<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED

Dated this 20th day of September, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

SCHEDULING ORDER
CASE NO.: 2:20-CV-00032-RSL