UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>    Defendants. | Case No. 2:20-cv-00032-RSL<br><br>**JOINT STIPULATION RE PROPOSED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23 AND DEFENDANTS' MOTION FOR DECERTIFICATION OF THE FLSA COLLECTIVE** |

Plaintiff Steve Kim and Defendants U.S. Bancorp and/or U.S. Bank National Association (collectively "Defendants"), through their counsel of record, hereby submit this joint stipulation regarding the parties' joint proposed briefing schedule.

1. On September 20, 2021, this Court issued an Order setting December 6, 2021, as the deadline for the parties to submit a joint proposed discovery and briefing schedule (Dkt. No. 76). The parties have been engaged in meet and confer efforts to agree upon a joint proposed schedule, and these meet and confer efforts are continuing. Accordingly, and to allow the parties' time to find a mutually agreeable schedule, the parties hereby stipulate and request that the December 6, 2021 deadline set forth in the Court's September 20, 2021 Order (Dkt. No. 76) be continued to Tuesday, December 21, 2021.

RESPECTFULLY SUBMITTED AND DATED this 6th day of December, 2021.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | WINSTON & STRAWN LLP |
| By: /s/ *Toby J. Marshall*<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Brittany J. Glass, WSBA #52095<br>Email: bglass@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ *Joan B. Tucker Fife*<br>Joan B. Tucker Fife, a*dmitted pro hac vice*<br>Email: jfife@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400 |
| Gregg I. Shavitz, *admitted pro hac vice*<br>Email: gshavitz@shavitzlaw.com<br>Paolo C. Meireles, *admitted pro hac vice*<br>Email: pmeireles@shavitzlaw.com<br>Logan A. Pardell, *admitted pro hac vice*<br>Email: lpardell@shavitzlaw.com<br>SHAVITZ LAW GROUP, P.A.<br>951 Yamato Road, Suite 285<br>Boca Raton, Flordia 33431<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831 | Emilie C. Woodhead, a*dmitted pro hac vice*<br>Email: ewoodhead@winston.com<br>Jason S. Campbell, a*dmitted pro hac vice*<br>Email: jscampbell@winston.com<br>Samuel Freeman, a*dmitted pro hac vice*<br>Email: sfreeman@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |
| Justin M. Swartz, *admitted pro hac vice*<br>Email: jms@outtengolden.com<br>Michael N. Litrownik, *admitted pro hac vice*<br>Email: mlitrownik@outtengolden.com<br>Sabine Jean, *admitted pro hac vice*<br>Email: sjean@outtengolden.com<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2057 | Julie S. Lucht, WSBA #31278<br>Email: jlucht@perkinscoie.com<br>PERKINS COIE LLP<br>1201Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-3154<br>Facsimile: (206) 359-4154<br><br>*Attorneys for Defendants* |

*Attorneys for Plaintiff*

IT IS SO ORDERED

Dated this 7th day of December, 2021.

*/s/ Robert S. Lasnik*
THE HONOROBLE ROBERT S. LASNIK