UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>       v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>                    Defendants. | CASE NO. 2:20-cv-00032-TL<br><br>ORDER OF REFERENCE |

This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:20-cv-00032-TL-BAT. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("Local MJR") 3, the Court hereby refers to Magistrate Judge Brian A. Tsuchida all non-dispositive pretrial

ORDER OF REFERENCE - 1

matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). See 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). This referral includes the pending Plaintiff's Motion for Protective Order (Dkt. No. 127). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Brian A. Tsuchida's rulings concerning any non-dispositive motions. See Fed. R. Civ. P. 72(a); Local MJR 3(b).

Accordingly, the Court Orders that the above-entitled action is referred to Magistrate Judge Brian A. Tsuchida for the specific purposes and types of motions described herein. The Court further Directs and Empowers Magistrate Judge Brian A. Tsuchida to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 2nd day of February, 2022.

Tana Lin
United States District Judge