THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 2:20-cv-00032-TL-BAT<br><br>**JOINT STIPULATION RE DISCOVERY SAMPLING**<br><br>**NOTED FOR CONSIDERATION:**<br>**February 17, 2022** |

1  Plaintiff Steve Kim and Defendants U.S. Bancorp and/or U.S. Bank National Association,
2  through their counsel of record, hereby submit this joint stipulation regarding discovery sampling.
3      1.    On February 8, 2022, this Court issued an Order setting February 17, 2022 as the
4  deadline for the parties to submit a joint proposal regarding discovery sampling of the FLSA
5  Collective. (Dkt. No. 132.) The parties have been engaged in meet and confer efforts to agree upon a
6  joint proposal, and these meet and confer efforts are continuing in good faith. Accordingly, and to
7  allow the parties time to find a mutually agreeable proposal, the parties hereby stipulate and request
8  that the February 17, 2022 deadline set forth in the Court's February 8, 2022 Order (Dkt. No. 132)
9  be continued to March 10, 2022.

RESPECTFULLY SUBMITTED AND DATED this 17th day of February, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ *Toby J. Marshall*
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
Brittany J. Glass, WSBA #52095
Email: bglass@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Gregg I. Shavitz, *admitted pro hac vice*
Email: gshavitz@shavitzlaw.com
Paolo C. Meireles, *admitted pro hac vice*
Email: pmeireles@shavitzlaw.com
Logan A. Pardell, *admitted pro hac vice*
Email: lpardell@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Justin M. Swartz, *admitted pro hac vice*
Email: jms@outtengolden.com
Michael N. Litrownik, *admitted pro hac vice*
Email: mlitrownik@outtengolden.com
Sabine Jean, *admitted pro hac vice*
Email: sjean@outtengolden.com
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2057

*Attorneys for Plaintiff*

WINSTON & STRAWN LLP

By: /s/ *Joan B. Tucker Fife*
Joan B. Tucker Fife, a*dmitted pro hac vice*
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Emilie C. Woodhead, a*dmitted pro hac vice*
Email: ewoodhead@winston.com
Jason S. Campbell, a*dmitted pro hac vice*
Email: jscampbell@winston.com
Samuel Freeman, a*dmitted pro hac vice*
Email: sfreeman@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Julie S. Lucht, WSBA #31278
Email: jlucht@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-3154
Facsimile: (206) 359-4154

*Attorneys for Defendants*

IT IS SO ORDERED, Dated this 22nd day of February, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

2

JOINT STIPULATION
CASE NO.: 2:20-cv-00032-TL-BAT

# CERTIFICATE OF SERVICE

I, Joan B. Tucker Fife, hereby certify that on February 17, 2022, I electronically filed the foregoing with the clerk of the court using CM/ECF system, which will send notification of such filing to the following:

Toby J. Marshall, WSBA#327726
Email: tmarshall@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Tel: (206) 816-6603
Fax: (206) 319-5450

Gregg I. Shavitz, *Admitted Pro Hac Vice*
Email: gshavitz@shavitzlaw.com
Paolo C. Meireles, *Admitted Pro Hac Vice*
Email: pmeireles@shavitzlaw.com
Logan A. Pardell, *Admitted Pro Hac Vice*
Email: lpardell@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Justin M. Swartz, *Admitted Pro Hac Vice*
Email: jms@outtengolden.com
Michael N. Litrownik, *Admitted Pro Hac Vice*
Email: mlitrownik@outtengolden.com
Sabine Jean, *Admitted Pro Hac Vice*
Email: sjean@outtengolden.com
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2057

DATED this 17th day of February, 2022.

By: */s/ Joan B. Tucker Fife*
Joan B. Tucker Fife (Admitted *Pro Hac Vice*)
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400