THE HONORABLE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 2:20-cv-00032-TL-BAT<br><br>**JOINT STIPULATION RE DISCOVERY SAMPLING AND MEDIATION**<br><br>**NOTED FOR CONSIDERATION:**<br>**March 10, 2022** |

Plaintiff Steve Kim and Defendants U.S. Bancorp and/or U.S. Bank National Association, through their counsel of record, hereby submit this joint stipulation regarding discovery sampling.

1. On February 22, 2022, this Court issued an Order setting March 10, 2022, as the deadline for the parties to submit a joint proposal regarding discovery sampling of the FLSA Collective. (Dkt. No. 134.) Per the Court's Order, the Parties have begun meet and confer efforts regarding such a discovery sampling proposal. In addition, the Parties have discussed the potential of resolving the case before engaging in further discovery. To that end, the Parties are working to schedule a private mediation in June 2022.

2. Considering the foregoing, and to conserve the Parties' and the Court's resources as the Parties work to coordinate mediation, the Parties hereby stipulate and request that:

 a. The March 10, 2022 deadline set forth in the Court's February 22, 2022 Order (Dkt. No. 134) is continued to March 24, 2022.

 b. The Parties will submit a further stipulation after confirming the schedule for mediation.

 c. The Parties shall file a joint report regarding the outcome of the private mediation within three weeks after the mediation.

///

///

///

///

///

1

JOINT STIPULATION
CASE NO.: 2:20-CV-00032-TL-BAT

RESPECTFULLY SUBMITTED AND DATED this 10th day of March, 2022.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | WINSTON & STRAWN LLP |
| By: /s/ *Toby J. Marshall* <br> Toby J. Marshall, WSBA #32726 <br> Email: tmarshall@terrellmarshall.com <br> Brittany J. Glass, WSBA #52095 <br> Email: bglass@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 | By: /s/ *Joan B. Tucker Fife* <br> Joan B. Tucker Fife, a*dmitted pro hac vice* <br> Email: jfife@winston.com <br> WINSTON & STRAWN LLP <br> 101 California Street, 35th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 |
| Gregg I. Shavitz, *admitted pro hac vice* <br> Email: gshavitz@shavitzlaw.com <br> Paolo C. Meireles, *admitted pro hac vice* <br> Email: pmeireles@shavitzlaw.com <br> Logan A. Pardell, *admitted pro hac vice* <br> Email: lpardell@shavitzlaw.com <br> SHAVITZ LAW GROUP, P.A. <br> 951 Yamato Road, Suite 285 <br> Boca Raton, Flordia 33431 <br> Telephone: (561) 447-8888 <br> Facsimile: (561) 447-8831 | Emilie C. Woodhead, a*dmitted pro hac vice* <br> Email: ewoodhead@winston.com <br> Jason S. Campbell, a*dmitted pro hac vice* <br> Email: jscampbell@winston.com <br> Samuel Freeman, a*dmitted pro hac vice* <br> Email: sfreeman@winston.com <br> WINSTON & STRAWN LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071-1543 <br> Telephone: (213) 615-1700 <br> Facsimile: (213) 615-1750 |
| Justin M. Swartz, *admitted pro hac vice* <br> Email: jms@outtengolden.com <br> Michael N. Litrownik, *admitted pro hac vice* <br> Email: mlitrownik@outtengolden.com <br> Sabine Jean, *admitted pro hac vice* <br> Email: sjean@outtengolden.com <br> OUTTEN & GOLDEN LLP <br> 685 Third Avenue, 25th Floor <br> New York, New York 10016 <br> Telephone: (212) 245-1000 <br> Facsimile: (646) 509-2057 | Julie S. Lucht, WSBA #31278 <br> Email: jlucht@perkinscoie.com <br> PERKINS COIE LLP <br> 1201Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: (206) 359-3154 <br> Facsimile: (206) 359-4154 <br><br> *Attorneys for Defendants* |

*Attorneys for Plaintiff*

IT IS SO ORDERED

Dated this 11th day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

2

JOINT STIPULATION
CASE NO.: 2:20-CV-00032-TL-BAT

# CERTIFICATE OF SERVICE

I, Joan B. Tucker Fife, hereby certify that on March 10, 2022, I electronically filed the foregoing with the clerk of the court using CM/ECF system, which will send notification of such filing to the following:

Toby J. Marshall, WSBA#327726
Email: tmarshall@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
Tel: (206) 816-6603
Fax: (206) 319-5450

Gregg I. Shavitz, *Admitted Pro Hac Vice*
Email: gshavitz@shavitzlaw.com
Paolo C. Meireles, *Admitted Pro Hac Vice*
Email: pmeireles@shavitzlaw.com
Logan A. Pardell, *Admitted Pro Hac Vice*
Email: lpardell@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Justin M. Swartz, *Admitted Pro Hac Vice*
Email: jms@outtengolden.com
Michael N. Litrownik, *Admitted Pro Hac Vice*
Email: mlitrownik@outtengolden.com
Sabine Jean, *Admitted Pro Hac Vice*
Email: sjean@outtengolden.com
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2057

DATED this 10th day of March, 2022.

By: /s/ *Joan B. Tucker Fife*
Joan B. Tucker Fife (Admitted *Pro Hac Vice*)
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400