UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE KIM, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANKCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　Defendants. | CASE NO. 2:20-cv-00032-TL-BAT<br><br>**ORDER STAYING DEADLINES** |

　　　　Plaintiff Steve Kim and Defendants U.S. Bancorp and/or U.S. Bank National Association have scheduled a mediation to occur on June 17, 2022 and request that the Court stay all deadlines pending the mediation. Dkt. 137. Accordingly, it is **ORDERED**:

　　　　1.　　All deadlines (including the March 24, 2022 deadline for submission of a discovery sampling (Dkt. 136)) are **STAYED** pending the scheduled mediation.

　　　　2.　　The parties shall a joint report regarding the outcome of the mediation by **June 27, 2022**.

　　　　DATED this 28th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER STAYING DEADLINES - 1