THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>            Defendants. | **Case No. 2:20-cv-00032-BAT**<br><br>**JOINT NOTICE RE PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AND COLLECTIVE COUNSEL'S ATTORNEYS' FEES AND COSTS**<br><br>**NOTED FOR CONSIDERATION: AUGUST 12, 2022** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

  Plaintiff Steve Kim and Defendants U.S. Bancorp and U.S. Bank National Association (collectively "Defendants"), through their counsel of record, hereby submit this joint notice regarding the Plaintiff's Unopposed Motion for Settlement Approval.

  On June 28, 2022, this Court issued an Order acknowledging Plaintiff's anticipation to move for settlement approval by August 15, 2022 (Dkt. No. 141). The parties have been engaged in negotiations regarding the terms of the settlement agreement, and these negotiations are continuing. Accordingly, and to allow the parties' time to finalize and execute the settlement agreement, the parties hereby stipulate and request that the anticipated August 15, 2022 deadline set forth in the Court's June 28, 2022 Order (Dkt. No. 141) be continued to Wednesday, September 7, 2022.

JOINT NOTICE RE SETTLEMENT APPROVAL MOTION
CASE NO.: 2:20-CV-00032-BAT

RESPECTFULLY SUBMITTED AND DATED this 12th day of August, 2022.

TERRELL MARSHALL LAW GROUP
PLLC

By: /s/ Toby J. Marshall
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Gregg I. Shavitz, *admitted pro hac vice*
Email: gshavitz@shavitzlaw.com
Paolo C. Meireles, *admitted pro hac vice*
Email: pmeireles@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Flordia 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

Justin M. Swartz, *admitted pro hac vice*
Email: jms@outtengolden.com
Sabine Jean, *admitted pro hac vice*
Email: sjean@outtengolden.com
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2057

*Attorneys for Plaintiff*

WINSTON & STRAWN LLP

By: /s/ Joan B. Tucker Fife
Joan B. Tucker Fife, a*dmitted pro hac vice*
Email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Emilie C. Woodhead, a*dmitted pro hac vice*
Email: ewoodhead@winston.com
Jason S. Campbell, a*dmitted pro hac vice*
Email: jscampbell@winston.com
Samuel Freeman, a*dmitted pro hac vice*
Email: sfreeman@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Julie S. Lucht, WSBA #31278
Email: jlucht@perkinscoie.com
PERKINS COIE LLP
1201Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-3154
Facsimile: (206) 359-4154

*Attorneys for Defendants*

IT IS SO ORDERED

Dated this 15th day of August, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

1

**CERTIFICATE OF SERVICE**

2   I, Toby J. Marshall, hereby certify that on August 12, 2022, I electronically filed the

3   foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such

4   filing to the following:

5   Joan B. Tucker Fife, a*dmitted pro hac vice*
    Email: jfife@winston.com
6   WINSTON & STRAWN LLP
    101 California Street, 35th Floor
7   San Francisco, CA 94111
    Telephone: (415) 591-1000
8   Facsimile: (415) 591-1400

9   Emilie C. Woodhead, a*dmitted pro hac vice*
    Email: ewoodhead@winston.com
10  Jason S. Campbell, a*dmitted pro hac vice*
    Email: jscampbell@winston.com
11  Samuel Freeman, a*dmitted pro hac vice*
    Email: sfreeman@winston.com
12  WINSTON & STRAWN LLP
    333 S. Grand Avenue
13  Los Angeles, CA 90071-1543
    Telephone: (213) 615-1700
14  Facsimile: (213) 615-1750

15  Julie S. Lucht, WSBA #31278
    Email: jlucht@perkinscoie.com
16  PERKINS COIE LLP
    1201Third Avenue, Suite 4900
17  Seattle, WA 98101-3099
    Telephone: (206) 359-3154
18  Facsimile: (206) 359-4154

19  *Attorneys for Defendants*

20

21  DATED this 12th day of August, 2022.

22  TERRELL MARSHALL LAW GROUP PLLC

23  By:   /s/ Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
24  Email: tmarshall@terrellmarshall.com
    936 North 34th Street, Suite 300
25  Seattle, Washington 98103
    Telephone: (206) 816-6603
26  Facsimile: (206) 319-5450

27

28  *Attorneys for Plaintiff*