1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14
15
16

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>                    Defendants. | CASE NO. 2:20-cv-00032-TL<br><br>ORDER |

17

18      This matter came before the Court on Plaintiff's Unopposed Motion for Approval of Fair

19  Labor Standards Act Settlement, Service Awards, and Collective Counsel's Attorneys' Fees and

20  Costs (Dkt. No. 147). After considering the Motion, the Memorandum of Law, and all

21  supporting exhibits including the corrected exhibit, the Court hereby FINDS as follows:

22      1.      All defined terms contained herein shall have the same meaning as set forth in the

23  Collective Action Settlement Agreement and Release ("Settlement Agreement") attached as

24  Exhibit 1 to the Declaration of Justin Swartz in Support of Plaintiff's Unopposed Motion for

Approval of Fair Labor Standards Act Settlement, Service Awards, and Collective Counsel's Attorneys' Fees and Costs (Dkt. No. 148), unless otherwise stated in this Approval Order.

2.      The Court APPROVES the Settlement Agreement. The Court FINDS that the Settlement Agreement is fair, reasonable, and adequate and reflects a reasonable compromise of contested issues.

3.      The Court APPROVES the requested Service Awards for Steve Kim, Zachary Fisher, Allison Wile, Daniel Schneider, Mandy Bissell, and Heather Staat.

4.      The Court APPROVES the negotiated attorneys' fees settlement of $375,00.00 and negotiated reasonable out-of-pocket costs of $44,351.14.

5.      The Court APPOINTS Rust as the Settlement Administrator and directs the Settlement Administrator to exercise the duties set forth in the Settlement Agreement.

6.      The Parties shall abide by all terms of the Settlement Agreement, which are incorporated herein by reference, and this Order.

7.      This lawsuit is DISMISSED with prejudice with the right to reinstate to enforce the terms of the settlement agreement. Without further order of the Court, the Parties may agree to reasonably necessary extensions of time to carry out any of the provisions of the Settlement Agreement.

8.      The Court will retain jurisdiction over this action for purposes of enforcing the Settlement Agreement.

Dated this 29th day of September 2022.

Tana Lin
United States District Judge