THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 2:20-cv-00032-TL-BAT<br><br>**STIPULATED MOTION AND ORDER APPROVING THE PARTIES' COLLECTIVE ACTION SETTLEMENT AGREEMENT AND RELEASE ADDENDUM**<br><br>**NOTED FOR CONSIDERATION: DECEMBER 9, 2022** |

Plaintiff Steve Kim and Defendants U.S. Bancorp and U.S. Bank National Association jointly move to this Court to approve the parties' Collective Action Settlement Agreement and Release Addendum.

**I. STIPULATION**

Pursuant to LCR 7(d)(1), the parties respectfully submit this stipulated motion for approval of the Collective Action Settlement Agreement and Release Addendum. In support of the motion, the parties state as follows:

Plaintiff filed their Unopposed Motion for Approval of Fair Labor Standards Act Settlement, Service Awards and Collective Counsel's Attorneys' Fees and Costs on September 21, 2022. *See* Dkt. No. 147.

STIPULATED MOTION AND ORDER
APPROVING THE PARTIES' COLLECTIVE
ACTION SETTLEMENT AGREEMENT AND
RELEASE ADDENDUM - 1
Case No. 2:20-cv-00032-TL-BAT

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    On September 29, 2022, the Court entered an Order approving Plaintiff's Unopposed Motion for Approval of Fair Labor Standards Act Settlement, Service Awards and Collective Counsel's Attorneys' Fees and Costs. *See* Dkt. No. 150.

As the parties were preparing for funding the gross fund the distribution of notice, the settlement administrator requested additional information regarding the treatment of collective members with zero workweeks during the collective period.

The parties discussed payment for these individuals and agreed to a $50.00 minimum payment for each individual collective member, including collective members with zero (0) workweeks, in exchange for the release pursuant to the Settlement Agreement.

Therefore, the parties seek an Order approving the addendum of the Settlement Agreement regarding the individual settlement payment calculations. The Collective Action Settlement Agreement and Release Addendum are attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED AND DATED this 9th day of December, 2022.

| TERRELL MARSHALL LAW GROUP PLLC | WINSTON & STRAWN LLP |
|---|---|
| By: /s/ *Toby J. Marshall*<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Gregg I. Shavitz, *admitted pro hac vice*<br>Email: gshavitz@shavitzlaw.com<br>Paolo C. Meireles, *admitted pro hac vice*<br>Email: pmeireles@shavitzlaw.com<br>SHAVITZ LAW GROUP, P.A.<br>951 Yamato Road, Suite 285<br>Boca Raton, Florida 33431<br>Telephone: (561) 447-8888 | By: /s/ *Joan B. Tucker Fife*<br>Joan B. Tucker Fife, a*dmitted pro hac vice*<br>Email: jfife@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, California 94111<br>Telephone: (415) 591-1000<br><br>Emilie C. Woodhead, a*dmitted pro hac vice*<br>Email: ewoodhead@winston.com<br>Jason S. Campbell, a*dmitted pro hac vice*<br>Email: jscampbell@winston.com<br>Samuel Freeman, a*dmitted pro hac vice*<br>Email: sfreeman@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 615-1700 |

STIPULATED MOTION AND ORDER
APPROVING THE PARTIES' COLLECTIVE
ACTION SETTLEMENT AGREEMENT AND
RELEASE ADDENDUM - 2
Case No. 2:20-cv-00032-TL-BAT

Justin M. Swartz, *admitted pro hac vice*
Email: jms@outtengolden.com
Sabine Jean, *admitted pro hac vice*
Email: sjean@outtengolden.com
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 245-1000

Julie S. Lucht, WSBA #31278
Email: jlucht@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-3154

*Attorneys for Defendants*

*Attorneys for Plaintiff*

## II. ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 9th day of December, 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND ORDER
APPROVING THE PARTIES' COLLECTIVE
ACTION SETTLEMENT AGREEMENT AND
RELEASE ADDENDUM - 3
Case No. 2:20-cv-00032-TL-BAT

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com